**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 24–02489–hb

Chapter: 7

**In re:**

Min Jia Chiu

**MEETING OF CREDITORS CONTINUED**

**Filed By The Court**
**08/21/24**
**L. Jefferson Davis, IV**
**Clerk of Court**
**US Bankruptcy Court**

Please take notice that your meeting of creditors has been continued to:

Date:  September 11, 2024
Time:  08:00 AM
Location:  Meeting ID: 625 615 9574, Passcode: 2229211799, Telephone: 1–864–659–7096

If Meeting ID and Passcode are provided, the Meeting of Creditors will be by **Zoom Video**. Go to Zoom.us/join, enter Meeting ID and Passcode or call telephone number listed above.

Failure of the debtor(s) to appear at this Meeting of Creditors may result in dismissal of the case.

L. Jefferson Davis, IV
Clerk of Court
United States Bankruptcy Court

United States Bankruptcy Court

District of South Carolina

In re:     Case No. 24-02489-hb

Min Jia Chiu     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0420-6     User: admin     Page 1 of 2

Date Rcvd: Aug 21, 2024     Form ID: 920BNC     Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: minney.chiu@gmail.com | Aug 21 2024 21:13:00 | Min Jia Chiu, 2026 Highway 11, Landrum, SC 29356-8997 |
| 544400095 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 21 2024 21:18:03 | AFFIRM, INC, 30 ISABELLA STREET, PITTSBURGH, PA 15212-5862 |
| 544400024 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 21 2024 21:18:15 | Affirm, Inc, 30 Isabella Street, 4th Floor, Pittsburgh, PA 15212-5862 |
| 544400025 | + | Email/Text: bankruptcies@crownasset.com | Aug 21 2024 21:13:00 | Crown Asset Management, LLC, 3100 Breckinridge Blvd., Until 725, Duluth, GA 30096-7605 |
| 544400026 | ^ | MEBN | Aug 21 2024 21:08:00 | D and A Services, 1400 East Touhy Avenue, Des Plaines, IL 60018-3305 |
| 544400027 | | Email/Text: mrdiscen@discover.com | Aug 21 2024 21:13:00 | Discover, PO Box 51908, Los Angeles, CA 90051-6208 |
| 544400028 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 21 2024 21:13:00 | Dpednelnet, PO Box 2837, Portland, OR 97208-2837 |
| 544400029 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 21 2024 21:13:00 | GS BankUSA, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 544400030 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 21 2024 21:17:59 | JPMCB Card, PO Box 15153, Wilmington, DE 19886-5153 |
| 544400031 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2024 21:18:17 | Syncb PPC, PO Box 71725, Philadelphia, PA 19176-1725 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0420-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 21, 2024 | Form ID: 920BNC | Total Noticed: 10 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John K Fort | trustee863@gmail.com  SC01@ecfcbis.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

TOTAL: 2